**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

KELLY DUTTON, : No. 414 EAL 2018
:
           Petitioner :
:
            : Petition for Allowance of Appeal from
            : the Order of the Superior Court
      v. :
:
:
VIRGINA COLEMAN AND WESCO :
INSURANCE COMPANY, :
:
           Respondents :

## ORDER

**PER CURIAM**

      **AND NOW**, this 4th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.